## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 09-00538 ESL |
| LUIS ALBERTO CORTES CINTRON | |
| JACQUELINE FERRARI MONSERRATE | |
| DEBTOR(S) | CHAPTER 13 (ASSET CASE) |

### CONVERSION TO CHAPTER 7

**TO THE HONORABLE COURT:**

**COMES NOW DEBTOR** and represented by the undersigned counsel respectfully ALLEGES and PRAYS as follows:

1. Pursuant to Bankruptcy Code, Section 1307(a), regarding debtor's right to convert a Chapter 13 Petition at any time and pursuant to Bankruptcy case may be converted without an order by the filing of a Notice of Conversion, pursuant to Section 1307(a), you are hereby notified that this case is converted to Chapter 7, and that the appropriate budget and schedules will be filed.

**WHEREFORE**, it is respectfully requested from this Honorable Court to allow the present case to be converted to a Chapter 7 case.

**NOTICE:** Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

In San Juan, Puerto Rico, this 28th, day of December, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

              **RESPECTFULLY SUBMITTED.**

              /s/ Marilyn Valdes Ortega
              **MARILYN VALDES ORTEGA**
              USDC PR 214711
              P.O. Box 195596
              San Juan, PR 00919-5596
              Tel. (787) 758-4400
              Fax. (787) 763-0144
              E-mail valdeslaw@prtc.net

Label Matrix for local noticing
0104-3
Case 09-00538-ESL13
District of Puerto Rico
Old San Juan
Tue Dec 28 13:51:08 AST 2010

BANCO POPULAR PUERTO RICO
CARDONA JIMENEZ LAW OFFICE, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

PRA RECEIVABLE MANAGEMENT LLC
POB 41067
NORFOLK, VA 23541-1067

TREASURY DEPARTMENT OF THE COMMONWEALTH
FEDERAL LITIGATION DIVISION
DEPARTMENT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AIR CLIMBER
PO BOX 406
FRMNGDALE, NY 11735-0406

BANCO POPULAR DE PR
PO BOX 71375
SAN JUAN, PR 00936-8475

CAA, INC.
PO BOX 195162
SAN JUAN, PR 00919-5162

CARMEN M. CINTRON PABON
CALLE 201 GK 18
3RE EXT. COUNTRY CLUB
CAROLINA, PR 00982

CMPR, INC
PO BOX 965
BUFFALO, NY 14220-0965

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

Department of Treasury
Bankruptcy Section (424-B)
PO Box 9024140
San Juan, PR 00902-4140

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FIRST BANK PUERTO RICO
PO BOX 13200
SAN JUAN, PR 00908-3200

FIRST BANK PUERTO RICO
PO BOX 13817
SAN JUAN, PR 00908-3800

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA 50364-0500

HOSPITAL AUXILIO MUTUO, INC.
PO BOX 191227
SAN JUAN, PR 00919-1227

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Island Finance
Vativ Recovery Solutions, LLC
As Agent for Palisades/Asta Funding
PO Box 19249
Sugar Land TX 77496-9249

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896-0090

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PR ACQUISITIONS LLC
270 MUNOZ RIVERA AVENUE SUITE 400
SAN JUAN PR 00918-1910
866-600-4753

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Recovery Management Systems Corporation
For GE Money Bank
dba JCPENNEY CREDIT SERVICES
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba SAM'S CLUB
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

SAM'S CLUB
PO BOX 530942
ATLANTA, GA 30353-0942

SAMS CLUB DISCOVER
PO BOX 960013
ORLANDO, FL 32896-0013

SEARS CARD
P.O. BOX 183114
COLUMBUS, OH 43218-3114

ZALES
PROCESSING CENTER
DES MOINES, IA 50364-0001

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

```
JACQUELINE FERRARI MONSERRATE        LUIS ALBERTO CORTES CINTRON        MARILYN VALDES ORTEGA
VILLAS DE MONTE CARLOS II            VILLAS DE MONTE CARLOS II          VALDES-ORTEGA
B CALLE   APTO 1506                  B CALLE   APTO 1506                P O BOX 195596
SAN JUAN, PR 00924                   SAN JUAN, PR 00924                 SAN JUAN, PR 00919-5596


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938



            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


INTERNAL REVENUE SERVICE             Portfolio Recovery Associates, LLC.
MERCANTIL PLAZA BLDG, ROOM 1014      P.O. Box 41067
2 PONCE DE LEON AVE.  STOP 27 1/2    Norfolk, VA 23541
SAN JUAN, PR  00918-1693




            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)BANCO POPULAR PUERTO RICO         (u)CORTES CINTRON, LUIS ALBERTO    (d)SEARS CARD
CARDONA JIMENEZ LAW OFFICE, PSC      FERRARI CINTRON, JACQUELINE        PO BOX 183114
PO BOX 9023593                                                          COLUMBUS, OH  43218-3114
SAN JUAN, PR 00902-3593



End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36
```